**Order filed May 24, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00330-CV

**UNITED RESIDENTIAL PROPERTIES, L.P., WILLIAM MAXWELL AND TIFFANY TALLENT, Appellant**

**V.**

**TOM AND DWANA THEIS, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 855506**

---

## O R D E R

The clerk's record was filed July 28, 2012 . Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Response to Plea to the Jurisdiction filed 5/13/2011, including attached exhibits.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before June 1, 2012, containing Response to Plea to the Jurisdiction filed 5/13/2011, including attached exhibits.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM